UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANDA JOHNSON,<br><br>                     Plaintiff,<br>    v.<br><br>C. R. BARD, INC. *and* BARD PERIPHERAL VASCULAR, INC.,<br><br>                     Defendants. | Case No. 19-CV-8478 (KMK) |
| BARBARA PETRO,<br><br>                     Plaintiff,<br>    v.<br><br>C. R. BARD, INC. *and* BARD PERIPHERAL VASCULAR, INC.,<br><br>                     Defendants. | Case No. 19-CV-8480 (KMK) |
| SHIRLEY WHALEY,<br><br>                     Plaintiff,<br>    v.<br><br>C. R. BARD, INC. *and* BARD PERIPHERAL VASCULAR, INC.,<br><br>                     Defendants. | Case No. 19-CV-8524 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

      For the reasons stated on the record at the Oral Argument on April 21, 2020, the Court denies Plaintiffs' Motion To Consolidate without prejudice.

2

The Clerk of the Court is directed to terminate the pending Motion on the respective dockets, (Dkt. No. 14, Case No. 19-CV-8478; Dkt. No. 15, Case No. 19-CV-8480; Dkt. No. 15, Case No. 19-CV-8524).

SO ORDERED.

DATED:	April 22, 2020
	White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE