UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRANDA JOHNSON,

                      Plaintiff,

    v.

C. R. BARD, INC. *and* BARD
PERIPHERAL VASCULAR, INC.,

                      Defendants.

No. 19-CV-8478 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants") have moved for dismissal of this Action based upon Plaintiff Miranda Johnson's ("Plaintiff") alleged failure to prosecute the Action, failure to participate in discovery, and failure to comply with the Court's case management orders (the "Motion"). (*See* Dkt. No. 52.) Plaintiff's deadline to respond to Defendants' Motion was September 10, 2021, (*see* Dkt. No. 51), but to date, Plaintiff has not filed a response.

      Plaintiff shall respond to Defendants' Motion no later than October 5, 2021 or Defendants' Motion will be deemed fully briefed, the consequences of which may include the granting of Defendants' Motion and the dismissal of this Action.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   September 21, 2021
            White Plains, New York

                                                      KENNETH M. KARAS
                                                      United States District Judge