**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIRANDA JOHNSON,

                Plaintiff,

  -against-                                   19 **CIVIL** 8478 (KMK)

**JUDGMENT**

C. R. BARD, INC., a foreign corporation, and
BARD PERIPHERAL VASCULAR, INC.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 10, 2021, Defendants' Motion is granted, and Plaintiff's case is dismissed without prejudice for failure to prosecute; accordingly, the case is closed.

**Dated:**  New York, New York

      December 10, 2021

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court
                                **BY:**     *K. Mango*

                                                    **Deputy Clerk**